**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v. § | **CAUSE NO. EP-23-CR-1926-KC** |
| § | |
| § | |
| **BRADLEY FARISS PIEPER,** § | |
| Defendant. § | |

## MOTION FOR JUDICIAL RECOMMENDATION

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Comes now Defendant, Bradley Fariss Pieper, and files this, his Motion for Judicial Recommendation and respectfully shows the Court as follows:

On October 4, 2023, the Grand Jury returned its Indictment, charging Defendant with Attempted Coercion and Enticement. ECF No. 16.

On April 30, 2024, Defendant pled guilty to Count One of the Indictment, Attempted Coercion and Enticement. ECF. 68.

On July 29, 2024, Defendant was Sentenced to 120 Months Imprisonment followed by 5 Years Supervised Release, $100.00 S/A. At the time of Defendant's sentencing hearing, Defendant requested that the place of confinement be as close to El Paso, Texas as possible.

Defendant now requests that the place of confinement be changed to FCI Englewood, 9595 W. Quincy Avenue, Littleton, CO, 80123. Defendant makes this respectfully requests this change of confinement so that he can participate in the Sex Offender Treatment Program (SOTP). FCI Englewood offers a comprehensive Sex Offender Treatment Program (SOTP), which is crucial for Defendant's rehabilitation. The program is specifically designed to address the needs of individuals convicted of sex offenses, and participation in this program would

significantly aid in Defendant's rehabilitation and reintegration into society.

Wherefore, premises considered, Defendant respectfully requests that the Court grant the instant motion and recommend that Defendant serve his sentence at FCI Englewood to participate in the Sex Offender Treatment Program (SOTP). Defendant also prays for all other relief to which he is entitled, in both equity and law.

Respectfully submitted,

Valenzuela Law Firm
701 Magoffin Avenue
El Paso, Texas 79901
(915) 209-2719
(915) 493-2404 fax

By:  /s/ Felix Valenzuela
State Bar No. 24076745
felix@valenzuela-law.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that, on August 12, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I also emailed a copy of the foregoing to: Mallory.Rasmussen@usdoj.gov.

/s/ Felix Valenzuela

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CAUSE NO. EP-23-CR-1926-KC |
| § | |
| § | |
| § | |
| BRADLEY FARISS PIEPER, § | |
|    Defendant. § | |

# **ORDER**

On this day, the Court considered Defendant's Motion for Judicial Recommendation filed in the above-captioned cause. After due consideration, the Court is of the opinion that the Motion should be granted.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion for Judicial Recommendation is **GRANTED.**

**IT IS FURTHER ORDERED** that the Court hereby recommends that Defendant serve his sentence at FCI Englewood to participate in the Sex Offender Treatment Program (SOTP).

**IT IS FINALLY ORDERED** that the Clerk of the Court shall send a copy of this Order to the Bureau of Prisons.

**SIGNED** this ____ day of _____, 2024.

_____
**KATHLEEN CARDONE**
**UNITED STATES DISTRICT JUDGE**